**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MICHAEL S. OWL FEATHER-GORBEY, :  Civil No. 3:20-cv-1364

          Petitioner        :  (Judge Mariani)

          v.                 :

WARDEN, USP-LEWISBURG,    :

          Respondent      :

## ORDER

**AND NOW**, this 30th day of September, 2021, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1.     The petition for writ of habeas corpus is **DENIED**.  (Doc. 1).

2.     The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge